Edna Witherstine, administratrix of the estate of Howard H. Witherstine, deceased, appellant, v. Carl Liedholm et al., appellees. Gen. No. 34,085.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Ernest A. Eklund and Frederick J. Bertram, for appellant. Helmer, Moulton, Whitman & Holton, for appellees; Charles R. Holton and Herbert R. Tews, of counsel.

Mr. Justice McSurely delivered the opinion of the court.